1

2

3

4

5

6

7

8                          UNITED STATES DISTRICT COURT

9                          CENTRAL DISTRICT OF CALIFORNIA

10                                EASTERN DIVISION

11   GUADALUPE GUEVARA,                    )    **Case No. 5:14-cv-1305-MAN**
                                           )
12            Plaintiff,                   )
                                           )    **JUDGMENT OF REMAND**
13       vs.                               )
                                           )
14   CAROLYN W. COLVIN, Acting             )
                                           )
15   Commissioner of Social Security,      )
                                           )
16            Defendant.                   )
                                           )
17   _____)

18       The Court having granted the Commissioner's Motion to Remand for

19   Further Proceedings Under 42 U.S.C. § 405(g), **IT IS HEREBY ORDERED,**

20   **ADJUDGED AND DECREED** that the above-captioned action is remanded to

21   the Commissioner of Social Security for further proceedings consistent with the

22   Court's Order of Remand.

23

24   DATE: February 2, 2015

25                                         MARGARET A. NAGLE
                                           UNITED STATES MAGISTRATE JUDGE
26

27

28

-1-